UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACKSON GREEN<br>DONALD ZEPEDA,<br><br>Defendants. | Case No.: 24-cr-00062 (ABJ) |

**JOINT MOTION TO CONTINUE HEARING**

On July 10, 2024, a hearing was held in this matter during which the parties represented that they were engaged in plea negotiations and needed time to finalize plea paperwork. As such, a plea hearing was set for July 29, 2024. While paperwork has been exchanged, the parties require additional time to finalize that paperwork.

The parties respectfully request that hearing currently scheduled for July 29, 2024 be continued to a date during the week of August 12-16, 2024. The parties further agree and request that the Court continue to exclude time under the Speedy Trial Act from July 29, 2024, through the next scheduled date in this case. The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial because the additional time is necessary to facilitate a pretrial resolution of this case.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Cameron A. Tepfer*
Cameron A. Tepfer
D.C. Bar No. 1660476
Assistant United States Attorney
United States Attorney's Office

1

601 D. Street, NW
Washington, DC 20579
202-258-3515
Cameron.Tepfer@usdoj.gov