# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 24-cr-00062 (ABJ) |
| v. | |
| **JACKSON GREEN**<br>**DONALD ZEPEDA,** | |
| Defendants. | |

## GOVERNMENT'S NOTICE OF FILING OF VICTIM IMPACT STATEMENT

The United States of America, by and through is attorney, the United States Attorney for the District of Columbia, provides notice to the Court and counsel of the filing of the attached Victim Impact Statement by Chief Curatorial and Conservation Officer E. Carmen Ramos on behalf of the National Gallery of Art.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:  /s/ Cameron A. Tepfer
Cameron A. Tepfer
D.C. Bar No. 1660476
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
202-258-3515
Cameron.Tepfer@usdoj.gov

<u>Statement of E. Carmen Ramos on Behalf of the National Gallery of Art</u>

Good morning. I am E. Carmen Ramos, chief curatorial and conservation officer at the National Gallery of Art. I am here today at the request of Kaywin Feldman, director of the National Gallery, who is unable to be here due to a prior obligation.

Thank you, Your Honor, for allowing me to provide a statement at this sentencing.

Today I speak for the global museum community and anyone who has experienced awe in the presence of a work of art. The vandalism committed on November 14, 2023, nearly one year ago to the day, occurred dangerously near an irreplaceable and fragile sculpture and challenges the universal idea that museums matter. At the 1941 dedication of the National Gallery, President Roosevelt stated that works of art matter because they are the "symbols of the human spirit". I have been an art curator for more than two decades. During this time, I have worked alongside museum staff, including security officers and conservators, who have devoted their entire careers to the preservation of art. There is a burden of responsibility that comes with protecting works of art for future generations.

With increased frequency, institutions – overwhelmingly non-profit museums for the public benefit – have suffered collateral damage at the hands of agendas that have nothing to do with museums or the art attacked. The real damage that these acts of vandalism pose must be taken seriously to deter future incidents that continue to threaten our cultural heritage and historic memory.

Commissioned from the celebrated American sculptor Augustus Saint-Gaudens in the early 1880s and dedicated as a monument in 1897, *The Shaw 54th Regiment Memorial* has been acclaimed as the greatest American sculpture of the 19th century. The memorial commemorates the valiant efforts of Colonel Robert Gould Shaw and the men of the 54th Massachusetts Volunteer Infantry, one of the first Civil War regiments of African Americans enlisted in the North. The 54th Massachusetts was raised shortly after President Abraham Lincoln's issuance of the Emancipation Proclamation on January 1, 1863.  Recruits came from many states, encouraged by such African American leaders as the great orator Frederick Douglass, whose own sons joined the 54th. The sculpture is unquestionably an object of important cultural heritage.

The plaster version of the sculpture (also by Saint-Gauden's hand) is installed in the American Galleries in the West Building of the National Gallery, where it has been since 1997.  The names of the soldiers of the 54th Massachusetts who were killed, wounded, or missing following the Battle of Fort Wagner (which battle the Memorial commemorates) are listed on the wall next to the sculpture.

On November 12, the sculpture was targeted by an individual determined to use it to make a political statement. In a matter of seconds, the words "Honor Them" were scrawled in bright red paint on the wall below the list of soldiers' names. Rather than honoring these men, this act of graffiti denigrated this monument to their bravery.

Occurring just seven months after the vandalism to Edgar Degas's sculpture *Little Dancer Aged Fourteen*, the staff of the National Gallery of Art felt like another member of our family had been attacked. Again, the impacted gallery had to close. Again, facilities and maintenance workers had to clean up the paint. Again, staff members were devastated and angry. We work so hard to care for, preserve, and display the nation's collection—held in public trust—only to be the victim of such disrespect and disregard for what all of us value so deeply and protect for future generations.

The National Gallery of Art holds the objects in our collection for all time for the benefit of future generations. The value of these works is in the aesthetic achievement, meaning, and history that they embody.

As you weigh the right course of action to take in this matter, I urge you to consider the government's responsibility to protect our nation's cultural heritage. If destroyed, they are gone forever; never to be seen by future generations.


E. Carmen Ramos
Chief Curatorial and Conservation Officer
National Gallery of Art